CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROZA ABRAHAMIAN, in individual and representative capacity as trustee of the Abrahamian Family Trust Dated July 18, 2016; 208 TAVERN, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | **Case:** 2:20-cv-07286-FMO-PLA<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Orlando Garcia, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Roza Abrahamian and 208 Tavern, Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: November 05, 2020　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　By:　/s/ Amanda Seabock
　　　　　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　　　　　Attorneys for Plaintiff